QUIN DENVIR, Bar #49374
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ANTONIO PENA-PAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE ANTONIO PENA-PAZ, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:02-cr-5312 OWW <br><br> STIPULATION TO CONTINUE MOTIONS HEARING AND  ORDER THEREON <br><br> Date:  July 5, 2005 <br> Time:  1:30 p.m. <br> Judge: Hon. Oliver W. Wanger |

It is hereby stipulated by and between the parties hereto that the motions hearing in the above-entitled matter now set for June 6, 2005, may be continued to **July 5, 2005, at 1:30 p.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///
///
///
///
///
///

McGREGOR W. SCOTT

United States Attorney

DATED: June 2, 2005         By:      /s/ Marianne A. Pansa
                                     MARIANNE A. PANSA
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


                                     QUIN DENVIR
                                     Federal Public Defender


DATED: June 2, 2005         By:      /s/ Marc C. Ament
                                     MARC C. AMENT
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JOSE ANTONIO PENA-PAZ


**ORDER**

IT IS SO ORDERED.

                                     /s/ OLIVER W. WANGER
DATED: June _6_, 2005
                                     _____
                                     OLIVER W. WANGER
                                     United States District Court Judge

Stipulation & Proposed Order                2