1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Designated Counsel for Service
3  Assistant Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

Attorney for Defendant Jose Antonio Pena-Paz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 1:02-cr-5312 OWW |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE MOTIONS |
| v. | ) | HEARING AND ORDER THEREON |
| | ) | |
| JOSE ANTONIO PENA-PAZ, | ) | Date:  August 1, 2005 |
| | ) | Time:  1:30 p.m. |
| Defendant. | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |

It is hereby stipulated by and between the parties hereto that the hearing on discovery in the above-entitled matter now set for July 5, 2005, may be continued to **August 1, 2005, at 1:30 p.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///
///
///
///
///
///

McGREGOR W. SCOTT

United States Attorney

DATED: June 29, 2005          By:     /s/ Marianne A. Pansa
                                      MARIANNE A PANSA
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


                                      QUIN DENVIR
                                      Federal Defender


DATED: June 29, 2005          By:     /s/ Marc C. Ament
                                      MARC C. AMENT
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JOSE ANTONIO PENA-PAZ


## ORDER

IT IS SO ORDERED.   Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

                                      /s/ OLIVER W. WANGER
DATED: June _30_, 2005                _____
                                      Oliver W. Wanger
                                      United States District Judge